NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 911

IN RE HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES INC.,
ROCHE COLORADO CORP., and TRIMERIS, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the
Eastern District of Texas in case no. 2:07-CV-507,
Chief Judge David Folsom.

ON PETITION FOR WRIT OF MANDAMUS

Before PROST, Circuit Judge.

ORDER

Hoffmann-La Roche Inc. et al. (petitioners) submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to vacate its orders denying the petitioners' motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Eastern District of North Carolina.

Upon consideration thereof,

IT IS ORDERED THAT:

Novartis Vaccines and Diagnostics, Inc. is directed to respond no later than September 14, 2009.

FOR THE COURT

AUG 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Stephen Solomon Rabinowitz, Esq.
Rachel Krevans, Esq.
Judge, USDC E.D. Tex.
Clerk, USDC E.D. Tex.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK

2

2009-M911